UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA – INDIANAPOLIS DIVISION

| | |
|---|---|
| **JOSHUA KLENKE,** | ) Case No. 1:16-cv-01728-TWP-TAB |
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| **CHASE BANK USA, N.A.,** | ) |
| Defendant. | ) |

Plaintiff, Joshua Klenke, by counsel, having filed with this Court the Motion to Dismiss with Prejudice, and the Court having seen, examined and considered the Motion to Dismiss, now

HEREBY ORDERS, ADJUDGES AND DECREES, this cause of action is dismissed with prejudice. Each party to bear their own fees and cost.

Date: 2/16/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
 via email generated by the
court's ECF system.